UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ALLISON,
    Petitioner,

No. 1:09-cv-059

-v-

HONORABLE PAUL L. MALONEY

MARY K. BERGHUIS,
    Respondent.

JUDGMENT

Having denied Benjamin Allison's petition for writ of habeas corpus, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**


Date: April 7, 2010                        /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief, United States District Judge